UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * * *

In Re:

Chor Oul and Sopheap Im
        Debtors
* * * * * * * * * * * * * * * * * * * * *       CHAPTER 13
       PROCEEDING

Federal National Mortgage Association
        Movant          CASE NO. 13-20210
v.

Chor Oul and Sopheap Im

       Respondents
* * * * * * * * * * * * * * * * * * * * *

ORDER

This matter came for hearing before this Court upon the Motion for Relief from Stay filed by Federal National Mortgage Association.  Upon proper notice, preliminary hearing, opportunity for final hearing and/or consent of the parties, it is

**ORDERED** that relief from the automatic stay imposed by 11 USC §362 be, and hereby is, granted to allow Federal National Mortgage Association, its successors and assigns, to proceed to enforce its rights and remedies under state law in the real estate located at 5 Barley Lane, Scarborough, ME 04074 and more particularly described in the Mortgage from the Debtors dated January 5, 2007 and recorded in the Cumberland County Registry of Deeds in Book 24740, Page 142 and to take such actions with respect to said real property as may be allowed under non-bankruptcy law, including the possible modification of the loan, approval of a short sale, or acceptance of a deed in lieu of foreclosure.

Rule 4001(a)(3) is not applicable and this order may be immediately enforced and implemented.

Dated: May 26, 2016              /s/ Peter G. Cary
                                United States Bankruptcy Judge