# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100−2 | User: mwithee | Date Created: 5/26/2016 |
| Case: 13−20210 | Form ID: pdf901 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| tr | Peter C. Fessenden | jawill@chap13.com |
| aty | Andrew D. Goldberg, Esq. | Bkmail@rosicki.com |
| aty | Jeffrey P. White, Esq. | jwhite@whitelawoffices.com |
| aty | Leonard F. Morley, Jr., Esq. | morleybankrupt@logs.com |
| aty | Lisa Beth Singer, Esq. | Bkmail@rosicki.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Chor Oul | 5 Barley Lane    Scarborough, ME 04074 |
| jdb | Sopheap Im | 5 Barley Lane    Scarborough, ME 04074 |
| cr | Federal National Mortgage Association | c/o Rosicki, Rosicki & Associates    51 E. Bethpage Road    Plainview, NY 11803 |

TOTAL: 3